Jeffrey P. Lendrum (SBN 137751)
LENDRUM LAW FIRM
A Professional Corporation
750 B Street, Suite 3300
San Diego, CA 92101
Telephone: (619) 239-4302
Facsimilie: (619) 239-4307
Email: jpl@lendrumlaw.com

Attorney for Plaintiff

Anthony P. Schoenberg (SBN 203714)
FARELLA BRAUN & MARTEL LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400
Email: TSchoenberg@fbm.com

Attorneys for Defendant University of California, Berkeley Foundation

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**(Western Division - Los Angeles)**

Cortlandt Street Recovery Corp.,

Plaintiff,

v.

California State Teachers' Retirement System, California Public Employees' Retirement System, Los Angeles City Employees' Retirement System, University of California, Berkeley Foundation,

Defendants.

CASE NO. 2:11-cv-10571-JAK-SH

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

Complaint served: February 15, 2012
Current response date: March 7, 2012
New response date: March 16, 2012

Whereas, the initial Complaint in this action was served on Defendant University of California, Berkeley Foundation on February 15, 2012;

Whereas, the current deadline for the University of California, Berkeley Foundation to file and serve a response to the Complaint is March 7, 2012;

Whereas, Plaintiff Cortlandt Street Recovery Corp. and the University of California, Berkeley Foundation have agreed to extend the deadline for a response to the Complaint to March 16, 2012;

Plaintiff Cortlandt Street Recovery Corp. and the University of California, Berkeley Foundation HEREBY STIPULATE that the University of California, Berkeley Foundation shall have until March 16, 2012 to file an answer or otherwise respond to the Complaint.

February 15, 2012 FARELLA BRAUN & MARTEL LLP

By: [signature]
Anthony P. Schoenberg

Attorneys for Defendant
University of California, Berkeley Foundation

February 16, 2012 LENDRUM LAW FIRM

By: [signature]
Jeffrey P. Lendrum

Attorneys for Plaintiff
Cortlandt Street Recovery Corp.