Jeffrey P. Lendrum (137751)
**LENDRUM LAW FIRM**
A Professional Corporation
750 B Street, Suite 3300
San Diego, CA  92101
Telephone: (619) 239-4302
Facsimile:  (619) 239-4307
Email:  jpl@lendrumlaw.com

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORTLANDT STREET RECOVERY CORP.<br><br>Plaintiff,<br><br>vs.<br><br>LOS ANGELES CITY EMPLOYEES' RETIREMENT SYSTEM, CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM, CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, UNIVERSITY OF CALIFORNIA, BERKELEY FOUNDATION,<br><br>Defendants. | Case No.  CV11-10573 PSG (AJWx)<br><br>**NOTICE OF ERRATA**<br><br>Courtroom:  880<br>Judge:        Hon. Philip S. Gutierrez |

| | |
|---|---|
| 1 | This shall serve as notice that the PDF associated with Docket Number 11 |
| 2 | has been filed in error. Please disregard Docket Number 11. |
| 3 | |
| 4 | Dated: February 16, 2012          **LENDRUM LAW FIRM** |
| 5 |                                             A Professional Corporation |

By: /S/ Jeffrey P. Lendrum
Jeffrey P. Lendrum
Attorney for Plaintiff

1
NOTICE OF ERRATA