1  Jeffrey P. Lendrum (SBN 137751)
   LENDRUM LAW FIRM
2  A Professional Corporation
   750 B Street, Suite 3300
3  San Diego, CA 92101
4  Telephone: (619) 239-4302
   Facsimilie: (619) 239-4307
5  Email: jpl@lendrumlaw.com

6  Attorney for Plaintiff

7
   Anthony P. Schoenberg (SBN 203714)
8  FARELLA BRAUN & MARTEL LLP
   Russ Building
9  235 Montgomery Street
   San Francisco, CA 94104
10 Telephone: (415) 954-4400
11 Email: TSchoenberg@fbm.com

12 Attorneys for Defendant University of California, Berkeley Foundation

13              UNITED STATES DISTRICT COURT
14              CENTRAL DISTRICT OF CALIFORNIA
15                (Western Division - Los Angeles)

| | |
|---|---|
| 16  Cortlandt Street Recovery Corp., | CASE NO. 2:11-cv-10573-PSG-AJW |
| 17           Plaintiff, | **STIPULATION TO EXTEND TIME** |
| 18       v. | **TO RESPOND TO INITIAL** |
| 19 | **COMPLAINT BY NOT MORE** |
| 20  Los Angeles City Employees' Retirement System, California State | **THAN 30 DAYS (L.R. 8-3)** |
| 21  Teachers' Retirement System, California Public Employees' | Complaint served: February 15, 2012 |
| 22  Retirement System, University of California, Berkeley Foundation, | Current response date: March 7, 2012 |
| 23 | New response date: March 16, 2012 |
| 24           Defendants. | |

25

1

Stipulation To Extend Time To Respond To Initial Complaint (L.R. 8-3); Case No. 2:11-cv-10573-PSG-AJW

1  Whereas, the initial Complaint in this action was served on Defendant the
2  University of California, Berkeley Foundation on February 15, 2012;

3  Whereas, the current deadline for the University of California, Berkeley
4  Foundation to file and serve a response to the Complaint is March 7, 2012;

5  Whereas, Plaintiff Cortlandt Street Recovery Corp. and the University of
6  California, Berkeley Foundation have agreed to extend the deadline for a response
7  to the Complaint to March 16, 2012;

8  Plaintiff Cortlandt Street Recovery Corp. and the University of California,
9  Berkeley Foundation HEREBY STIPULATE that the University of California,
10 Berkeley Foundation shall have until March 16, 2012 to file an answer or otherwise
11 respond to the Complaint.

13  February [  ], 2012          FARELLA BRAUN & MARTEL LLP

15                               By: _____
                                     Anthony P. Schoenberg

17                               Attorneys for Defendant
                                 University of California, Berkeley Foundation

19  February 16, 2012            LENDRUM LAW FIRM

20                               By: _____
21                                   Jeffrey P. Lendrum

22                               Attorneys for Plaintiff
                                 Cortlandt Street Recovery Corp.

25                                          2