1  Jeffrey P. Lendrum (SBN 137751)
   LENDRUM LAW FIRM
2  A Professional Corporation
   750 B Street, Suite 3300
3  San Diego, CA 92101
4  Telephone: (619) 239-4302
   Facsimilie: (619) 239-4307
5  Email: jpl@lendrumlaw.com

6  Attorney for Plaintiff

7
   CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM
8  Thomas J. Noguerola (SBN 190667)
   Email: thomas_noguerola@calpers.ca.gov
9  P.O. Box 942707
10 Sacramento, CA 94229-2707
   Telephone: (916) 795-3675
11
   Attorneys for Defendant
12 California Public Employees' Retirement System

13           UNITED STATES DISTRICT COURT
14           CENTRAL DISTRICT OF CALIFORNIA
15              (Western Division - Los Angeles)

16 | Cortlandt Street Recovery Corp., | CASE NO. 2:11-cv-10573-PSG-AJW |
17 |                                  |                                 |
   |            Plaintiff,            | **STIPULATION TO EXTEND TIME** |
18 |                                  | **TO RESPOND TO INITIAL**      |
19 |              v.                  | **COMPLAINT BY NOT MORE**      |
   |                                  | **THAN 30 DAYS (L.R. 8-3)**    |
20 | Los Angeles City Employees'      |                                 |
   | Retirement System, California State |                              |
21 | Teachers' Retirement System,     | Complaint served: January 27, 2012 |
   | California Public Employees'     | Current response date: February 17, 2012 |
22 | Retirement System, University of |                                 |
   | California, Berkeley Foundation, | New response date: March 16, 2012 |
23 |                                  |                                 |
24 |           Defendants.            |                                 |

25
                                    1

1  Whereas, the initial Complaint in this action was served on Defendant the
2  California Public Employees' Retirement System on January 27, 2012;
3  Whereas, the current deadline for the California Public Employees'
4  Retirement System to file and serve a response to the Complaint is February 17,
5  2012;
6  Whereas, Plaintiff Cortlandt Street Recovery Corp. and the California Public
7  Employees' Retirement System have agreed to extend the deadline for a response to
8  the Complaint to March 16, 2012;
9  Plaintiff Cortlandt Street Recovery Corp. and the California Public
10 Employees' Retirement System HEREBY STIPULATE that the California Public
11 Employees' Retirement System shall have until March 16, 2012 to file an answer or
12 otherwise respond to the Complaint.

13

14 February 16, 2012         CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT
                             SYSTEM
15

16                           By: *[signature]*
17                               Thomas J. Noguerola

18                           Attorney for Defendant
                             California Public Employees' Retirement System
19

20 February 16, 2012         LENDRUM LAW FIRM
21

22                           By: *[signature]*
                                 Jeffrey P. Lendrum
23

24                           Attorneys for Plaintiff
                             Cortlandt Street Recovery Corp.
25

2

Stipulation To Extend Time To Respond To Initial Complaint (L.R. 8-3); Case No. 2:11-cv-10573-PSG-AJW