1 | Jeffrey P. Lendrum (SBN 137751)
LENDRUM LAW FIRM
2 | A Professional Corporation
750 B Street, Suite 3300
3 | San Diego, CA 92101
Telephone: (619) 239-4302
4 | Facsimilie: (619) 239-4307
5 | Email: jpl@lendrumlaw.com

6 | Attorney for Plaintiff

7 |
CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM
8 | Lamont T. King, Jr. (SBN 213788)
Email: lking@calstrs.com
9 | P.O. Box 15275
Sacramento, CA 95851-0275
10 | Telephone: (916) 414-1730

11 |
Attorneys for Defendant
12 | California State Teachers' Retirement System

13 | **UNITED STATES DISTRICT COURT**

14 | **CENTRAL DISTRICT OF CALIFORNIA**

15 | **(Western Division - Los Angeles)**

| | |
|---|---|
| Cortlandt Street Recovery Corp., | CASE NO. 2:11-cv-10573-PSG-AJW |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| v. | |
| Los Angeles City Employees' Retirement System, California State Teachers' Retirement System, California Public Employees' Retirement System, University of California, Berkeley Foundation, | Complaint served: January 31, 2012
Current response date: February 21, 2012
New response date: March 16, 2012 |
| Defendants. | |

1

Stipulation To Extend Time To Respond To Initial Complaint (L.R. 8-3); Case No. 2:11-cv-10573-PSG-AJW

1     Whereas, the initial Complaint in this action was served on Defendant the California State Teachers' Retirement System on January 31, 2012;

    Whereas, the current deadline for the California State Teachers' Retirement System to file and serve a response to the Complaint is February 21, 2012;

    Whereas, Plaintiff Cortlandt Street Recovery Corp. and the California State Teachers' Retirement System have agreed to extend the deadline for a response to the Complaint to March 16, 2012;

    Plaintiff Cortlandt Street Recovery Corp. and the California State Teachers' Retirement System HEREBY STIPULATE that the California State Teachers' Retirement System shall have until March 16, 2012 to file an answer or otherwise respond to the Complaint.

February 15, 2012    CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM

By: _____
Lamont T. King, Jr.

Attorney for Defendant
California State Teachers' Retirement System

February 16, 2012    LENDRUM LAW FIRM

By: _____
Jeffrey P. Lendrum

Attorneys for Plaintiff
Cortlandt Street Recovery Corp.