| | |
|---|---|
| 1 | Jeffrey P. Lendrum (SBN 137751) |
| | LENDRUM LAW FIRM |
| 2 | A Professional Corporation |
| | 750 B Street, Suite 3300 |
| 3 | San Diego, CA 92101 |
| 4 | Telephone: (619) 239-4302 |
| | Facsimilie: (619) 239-4307 |
| 5 | Email: jpl@lendrumlaw.com |
| 6 | Attorney for Plaintiff |
| 7 | |
| | OFFICE OF THE LOS ANGELES CITY ATTORNEY |
| 8 | Carmen A. Trutanich (SBN 86629) |
| | James H. Napier (SBN 174578) |
| 9 | Email: james.napier@lacity.org |
| 10 | 360 East Second Street, Room 400 |
| | Los Angeles, California 90012 |
| 11 | Telephone: (213) 978-4400 |
| 12 | Attorneys for Defendant Los Angeles City Employees' Retirement System |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

(Western Division - Los Angeles)

| | |
|---|---|
| Cortlandt Street Recovery Corp., | CASE NO. 2:11-cv-10573-PSG-AJW |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** |
| Los Angeles City Employees' Retirement System, California State Teachers' Retirement System, California Public Employees' Retirement System, University of California, Berkeley Foundation, | Complaint served: January 27, 2012 |
| | Current response date: February 17, 2012 |
| | New response date: March 16, 2012 |
| Defendants. | |

1

Stipulation To Extend Time To Respond To Initial Complaint (L.R. 8-3); Case No. 2:11-cv-10573-PSG-AJW

1     Whereas, the initial Complaint in this action was served on Defendant the Los
2 Angeles City Employees' Retirement System on January 27, 2012;

3     Whereas, the current deadline for the Los Angeles City Employees'
4 Retirement System to file and serve a response to the Complaint is February 17,
5 2012;

6     Whereas, Plaintiff Cortlandt Street Recovery Corp. and the Los Angeles City
7 Employees' Retirement System have agreed to extend the deadline for a response to
8 the Complaint to March 16, 2012;

9     Plaintiff Cortlandt Street Recovery Corp. and the Los Angeles City
10 Employees' Retirement System HEREBY STIPULATE that the Los Angeles City
11 Employees' Retirement System shall have until March 16, 2012 to file an answer or
12 otherwise respond to the Complaint.

13 February 16, 2012     OFFICE OF THE LOS ANGELES CITY ATTORNEY
    CARMEN A. TRUTANICH, City Attorney

15     By: _____
16     James H. Napier
    Deputy City Attorney

17
18     Attorneys for Defendant
    Los Angeles City Employees' Retirement System

20 February 16, 2012     LENDRUM LAW FIRM

21     By: _____
22     Jeffrey P. Lendrum

23     Attorneys for Plaintiff
24     Cortlandt Street Recovery Corp.

25