Jeffrey P. Lendrum
LENDRUM LAW FIRM
A Professional Corporation
750 B Street, Suite 3300
San Diego, CA 92101
Telephone: (619) 239-4302
Facsimile: (619) 239-4307
Email: jpl@lendrumlaw.com

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**(Western Division - Los Angeles)**

| | |
|---|---|
| Cortlandt Street Recovery Corp.,<br><br>Plaintiff,<br><br>v.<br><br>California State Teachers' Retirement System, California Public Employees' Retirement System, Los Angeles City Employees' Retirement System, University of California, Berkeley Foundation,<br><br>Defendants. | CASE NO. 2:11-cv-10573-RGK (SHx)<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint served: January 31, 2012<br>Current response date: March 16, 2012<br><br>New response date: April 11, 2012 |

WHEREAS, the initial (and operative) Complaint in this action was served on Defendant California Public Employees' Retirement System on January 27, 2012, on Defendant Los Angeles City Employees' Retirement System on January 27, 2012, on Defendant California State Teachers Retirement System on January 31,

2012, and on Defendant University of California, Berkeley Foundation on February 15, 2012 (collectively, "Defendants");

WHEREAS, on February 16, 2012 the parties filed stipulations pursuant to L.R. 8-3 extending the deadline for Defendants to file and serve responses to the Complaint to March 16, 2012;

WHEREAS, the extension was intended to provide Defendants with sufficient time to produce certain documents;

WHEREAS, Defendants are working diligently to locate and produce these documents;

WHEREAS, the parties are currently attempting to negotiate an agreement to toll the running of the limitations period on Plaintiff's claims or otherwise to stay those claims, and the parties anticipate that this action will be dismissed without prejudice upon production of these documents;

WHEREAS, the parties wish to avoid needless expense in prosecuting and defending this action, including by responding to the Complaint, if it is likely to be dismissed;

NOW, THEREFORE, it is hereby stipulated and agreed by and between Plaintiff Cortlandt Street Recovery Corp. and Defendants California State Teachers Retirement System, California Public Employees' Retirement System, Los Angeles City Employees' Retirement System, and University of California, Berkeley Foundation that all Defendants shall have up to and including April 11, 2012 to file an answer or otherwise respond to the Complaint.

Case 2:11-cv-10573-RGK-SH   Document 18   Filed 03/14/12   Page 3 of 6   Page ID #:81

| | | |
|---|---|---|
| 1 | March 13, 2012 | CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT |
| 2 | | SYSTEM |
| 3 | | |
| 4 | | By: *Thomas J. Noguerola* (signature) |
| | | Thomas J. Noguerola |
| 5 | | |
| 6 | | Attorney for Defendant |
| | | California Public Employees' Retirement System |

1  March 13, 2012          CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT
2                          SYSTEM
3
4                          By: _Thomas J. Noguerola_ (signed)
                               Thomas J. Noguerola
5
6                          Attorney for Defendant
                           California Public Employees' Retirement System
7
8
9  March ___, 2012         CALIFORNIA STATE TEACHERS RETIREMENT
10                         SYSTEM
11
12                         By: _____
                               Lamont T. King, Jr.
13
14                         Attorney for Defendant
                           California State Teachers Retirement System
15
16
17 March ___, 2012         OFFICE OF THE LOS ANGELES CITY ATTORNEY
                           CARMEN A. TRUTANICH, City Attorney
18
19                         By: _____
                               James H. Napier
                               Deputy City Attorney
20
21                         Attorneys for Defendant
                           Los Angeles City Employees' Retirement System
22
23
24
25

3
Stipulation To Extend Time To Respond To Initial Complaint; Case No. 2:11-cv-10573-RGK (SHx)

March ___, 2012        CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM

By: _____
    Thomas J. Noguerola

Attorney for Defendant
California Public Employees' Retirement System


March 13, 2012        CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM

By: _____/s/ Lamont T. King, Jr._____
    Lamont T. King, Jr.

Attorney for Defendant
California State Teachers' Retirement System


March ___, 2012        OFFICE OF THE LOS ANGELES CITY ATTORNEY
                       CARMEN A. TRUTANICH, City Attorney

By: _____
    James H. Napier
    Deputy City Attorney

Attorneys for Defendant
Los Angeles City Employees' Retirement System

March ___, 2012

CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM

By: ______________________________
Thomas J. Noguerola

Attorney for Defendant
California Public Employees' Retirement System

March ___, 2012

CALIFORNIA STATE TEACHERS RETIREMENT SYSTEM

By: ______________________________
Lamont T. King, Jr.

Attorney for Defendant
California State Teachers Retirement System

March 13, 2012

OFFICE OF THE LOS ANGELES CITY ATTORNEY
CARMEN A. TRUTANICH, City Attorney

By: ______________________________
James H. Napier
Deputy City Attorney

Attorneys for Defendant
Los Angeles City Employees' Retirement System

March 13, 2012

FARELLA BRAUN & MARTEL LLP

By: [signature]
Anthony P. Schoenberg

Attorneys for Defendant
University of California, Berkeley Foundation

March 14, 2012

LENDRUM LAW FIRM

By: [signature]
Jeffrey P. Lendrum

Attorneys for Plaintiff
Cortlandt Street Recovery Corp.