UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(Western Division - Los Angeles)

| | |
|---|---|
| Cortlandt Street Recovery Corp.,<br><br>Plaintiff,<br><br>v.<br><br>California State Teachers' Retirement System, California Public Employees' Retirement System, Los Angeles City Employees' Retirement System, University of California, Berkeley Foundation,<br><br>Defendants. | CASE NO.  2:11-cv-10573-RGK (SHx)<br><br>**[PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint served:  January 31, 2012<br>Current response date:  March 16, 2012<br><br>New response date:  April 11, 2012 |

The Court, having reviewed the stipulation by the parties, and good cause appearing therefore it is hereby ORDERED that:

1

2432549v1
3/14/2012

1. Defendants California State Teachers Retirement System, California Public Employees' Retirement System, Los Angeles City Employees' Retirement System, and University of California, Berkeley Foundation shall have up to and including April 11, 2012 to file an answer or otherwise respond to the Complaint.

Dated: March ___, 2012

_____
Honorable R. Gary Klausner
United States District Judge