# KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

A NEW YORK LIMITED LIABILITY PARTNERSHIP

101 CALIFORNIA STREET

SUITE 2300

SAN FRANCISCO, CALIFORNIA 94111

415-421-6140

FACSIMILE: 415-398-5030

CHARLES N. FREIBERG
PARTNER
CFREIBERG@KASOWITZ.COM
DIRECT DIAL 415-655-4326

ATLANTA
HOUSTON
MIAMI
NEWARK
NEW YORK

March 16, 2012

**VIA ELECTRONIC FILING AND HAND DELIVERY**

Honorable R. Gary Klausner
United States District Judge
255 East Temple Street
Los Angeles, CA 90012

> **Re:   Denial of Stipulated Request to Extend Time -** *Cortlandt Street Recovery Corp. v. California State Teachers' Retirement System, et al.,* **Case Nos. 2:11-cv-10571-RGK (SHx);** *Cortlandt Street Recovery Corp. v. Los Angeles City Employees Retirement System, et al.,* **2:11-cv-10573-RGK (SHx)**

Dear Judge Klausner:

We were just retained to represent Los Angeles City Employees' Retirement System ("LACERS") in the above-entitled matters.

The four defendants in this case and the plaintiff submitted stipulations requesting extensions of time to respond to the complaints from March 16, 2012 to April 11, 2012 to allow the parties some additional time to attempt to consummate a resolution of these matters before spending resources on litigation.

Yesterday, the Court denied the requests, and in a call to the Court's clerk, counsel in this matter were advised that they could request a clarification of the Court's Order.  We therefore request that further information and, in particular, whether the Court would be willing to grant some additional time for LACERS and the other three defendants to respond to the Complaints, so that they may attempt to resolve this litigation in the interim.

Thank you for your consideration of this request.  The pleadings submitted on this matter and the Court's Orders are attached hereto.

Respectfully submitted,

*Charles Freiberg*
Charles Freiberg

KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

Honorable R. Gary Klausner
March 16, 2012
Page 2

cc:    Jeffrey P. Lendrum, Esq.
      (counsel for Plaintiff)
    Thomas J. Noguerola, Esq.
      (counsel for Defendant California Employees' Retirement System)
    Lamont T. King, Jr., Esq.
      (counsel for Defendant California State Teachers Retirement System)
    James H. Napier, Esq.
      (counsel for Defendant Los Angeles City Employees' Retirement System)
    Anthony P. Schoenberg, Esq.
      (counsel for Defendant University of California, Berkeley Foundation)

# ATTACHMENT

Jeffrey P. Lendrum
LENDRUM LAW FIRM
A Professional Corporation
750 B Street, Suite 3300
San Diego, CA 92101
Telephone: (619) 239-4302
Facsimile: (619) 239-4307
Email: jpl@lendrumlaw.com

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

(Western Division - Los Angeles)

| | |
|---|---|
| Cortlandt Street Recovery Corp., | CASE NO. 2:11-cv-10571-RGK (SHx) |
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO INITIAL COMPLAINT** |
| v. | |
| California State Teachers' Retirement System, California Public Employees' Retirement System, Los Angeles City Employees' Retirement System, University of California, Berkeley Foundation, | Complaint served: January 31, 2012<br>Current response date: March 16, 2012<br><br>New response date: April 11, 2012 |
| Defendants. | |

WHEREAS, the initial (and operative) Complaint in this action was served on Defendant California Public Employees' Retirement System on January 27, 2012, on Defendant Los Angeles City Employees' Retirement System on January 27,

1  2012, on Defendant California State Teachers Retirement System on January 31,
2  2012, and on Defendant University of California, Berkeley Foundation on February
3  15, 2012 (collectively, "Defendants");

4  WHEREAS, on February 16, 2012 the parties filed stipulations pursuant to
5  L.R. 8-3 extending the deadline for Defendants to file and serve responses to the
6  Complaint to March 16, 2012;

7  WHEREAS, the extension was intended to provide Defendants with sufficient
8  time to produce certain documents;

9  WHEREAS, Defendants are working diligently to locate and produce these
10 documents;

11 WHEREAS, the parties are currently attempting to negotiate an agreement to
12 toll the running of the limitations period on Plaintiff's claims or otherwise to stay
13 those claims, and the parties anticipate that this action will be dismissed without
14 prejudice upon production of these documents;

15 WHEREAS, the parties wish to avoid needless expense in prosecuting and
16 defending this action, including by responding to the Complaint, if it is likely to be
17 dismissed;

18 NOW, THEREFORE, it is hereby stipulated and agreed by and between
19 Plaintiff Cortlandt Street Recovery Corp. and Defendants California State Teachers
20 Retirement System, California Public Employees' Retirement System, Los Angeles
21 City Employees' Retirement System, and University of California, Berkeley
22 Foundation that all Defendants shall have up to and including April 11, 2012 to file
23 an answer or otherwise respond to the Complaint.

24

25

| | | |
|---|---|---|
| 1 | March 13, 2012 | CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM |

By: /s/ Thomas J. Nogugrola
Thomas J. Nogugrola

Attorney for Defendant
California Public Employees' Retirement System

March ___, 2012        CALIFORNIA STATE TEACHERS RETIREMENT SYSTEM

By: _____
Lamont T. King, Jr.

Attorney for Defendant
California State Teachers Retirement System

March ___, 2012        OFFICE OF THE LOS ANGELES CITY ATTORNEY
CARMEN A. TRUTANICH, City Attorney

By: _____
James H. Napier
Deputy City Attorney

Attorneys for Defendant
Los Angeles City Employees' Retirement System

March ___, 2012  CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM

By: _____
    Thomas J. Noguerola

Attorney for Defendant
California Public Employees' Retirement System

March 13, 2012  CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM

By: _____/s/ Lamont T. King, Jr._____
    Lamont T. King, Jr.

Attorney for Defendant
California State Teachers' Retirement System

March ___, 2012  OFFICE OF THE LOS ANGELES CITY ATTORNEY
CARMEN A. TRUTANICH, City Attorney

By: _____
    James H. Napier
    Deputy City Attorney

Attorneys for Defendant
Los Angeles City Employees' Retirement System

| | | |
|---|---|---|
| 1 | March ___, 2012 | CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM |
| 2 | | |
| 3 | | |
| 4 | | By: _____<br>Thomas J. Noguerola |
| 5 | | Attorney for Defendant |
| 6 | | California Public Employees' Retirement System |
| 7 | | |
| 8 | | |
| 9 | March ___, 2012 | CALIFORNIA STATE TEACHERS RETIREMENT SYSTEM |
| 10 | | |
| 11 | | |
| 12 | | By: _____<br>Lamont T. King, Jr. |
| 13 | | Attorney for Defendant |
| 14 | | California State Teachers Retirement System |
| 15 | | |
| 16 | | |
| 17 | March _13_, 2012 | OFFICE OF THE LOS ANGELES CITY ATTORNEY<br>CARMEN A. TRUTANICH, City Attorney |
| 18 | | By: _____ |
| 19 | | James H. Napier<br>Deputy City Attorney |
| 20 | | |
| 21 | | Attorneys for Defendant<br>Los Angeles City Employees' Retirement System |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

3

Stipulation To Extend Time To Respond To Initial Complaint; Case No. 2:11-cv-10571-RGK (SHx)

1  March 13, 2012              FARELLA BRAUN & MARTEL LLP

2                              By: _____
                                   Anthony P. Schoenberg
3

4                              Attorneys for Defendant
                               University of California, Berkeley Foundation
5

6

7  March 14, 2012              LENDRUM LAW FIRM

8                              By: _____
                                   Jeffrey P. Lendrum
9

10                             Attorneys for Plaintiff
                               Cortlandt Street Recovery Corp.
11

4

Stipulation To Extend Time To Respond To Initial Complaint; Case No. 2:11-cv-10571-RGK (SHx)

# DENIED
## BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(Western Division - Los Angeles)

| | |
|---|---|
| Cortlandt Street Recovery Corp.,<br><br>Plaintiff,<br><br>v.<br><br>California State Teachers' Retirement System, California Public Employees' Retirement System, Los Angeles City Employees' Retirement System, University of California, Berkeley Foundation,<br><br>Defendants. | CASE NO. 2:11-cv-10571-RGK (SHx)<br><br>**[PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint served:  January 31, 2012<br>Current response date:  March 16, 2012<br><br>New response date:  April 11, 2012 |

The Court, having reviewed the stipulation by the parties, and good cause appearing therefore it is hereby ORDERED that:

1

1. ~~Defendants California State Teachers Retirement System, California Public Employees' Retirement System, Los Angeles City Employees' Retirement System, and University of California, Berkeley Foundation shall have up to and including April 11, 2012 to file an answer or otherwise respond to the Complaint.~~

THE STIPULATION IS DENIED.

Dated: March 15, 2012

*/s/ Gary Klausner*
Honorable R. Gary Klausner
United States District Judge

---

2

[Proposed] Order To Extend Time To Respond To Initial Complaint; Case No. 2:11-cv-10571-RGK (SHx)

Case 2:11-cv-10573-RGK-SH   Document 18   Filed 03/14/12   Page 1 of 6   Page ID #:79

1  Jeffrey P. Lendrum
   LENDRUM LAW FIRM
2  A Professional Corporation
   750 B Street, Suite 3300
3  San Diego, CA 92101
4  Telephone: (619) 239-4302
   Facsimile: (619) 239-4307
5  Email: jpl@lendrumlaw.com

6  Attorney for Plaintiff

7

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10                  (Western Division - Los Angeles)

11

12 | Cortlandt Street Recovery Corp., | CASE NO. 2:11-cv-10573-RGK (SHx) |
|---|---|
13 | Plaintiff, | **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO INITIAL COMPLAINT** |
14 | v. | |
15 | California State Teachers' Retirement System, California Public Employees' Retirement System, Los Angeles City Employees' Retirement System, University of California, Berkeley Foundation, | Complaint served: January 31, 2012<br>Current response date: March 16, 2012<br><br>New response date: April 11, 2012 |
19 | Defendants. | |

21      WHEREAS, the initial (and operative) Complaint in this action was served on
22 Defendant California Public Employees' Retirement System on January 27, 2012,
23 on Defendant Los Angeles City Employees' Retirement System on January 27,
24 2012, on Defendant California State Teachers Retirement System on January 31,
25
                                    1
    Stipulation To Extend Time To Respond To Initial Complaint; Case No. 2:11-cv-10573-RGK (SHx)

1  2012, and on Defendant University of California, Berkeley Foundation on February
2  15, 2012 (collectively, "Defendants");
3      WHEREAS, on February 16, 2012 the parties filed stipulations pursuant to
4  L.R. 8-3 extending the deadline for Defendants to file and serve responses to the
5  Complaint to March 16, 2012;
6      WHEREAS, the extension was intended to provide Defendants with sufficient
7  time to produce certain documents;
8      WHEREAS, Defendants are working diligently to locate and produce these
9  documents;
10      WHEREAS, the parties are currently attempting to negotiate an agreement to
11  toll the running of the limitations period on Plaintiff's claims or otherwise to stay
12  those claims, and the parties anticipate that this action will be dismissed without
13  prejudice upon production of these documents;
14      WHEREAS, the parties wish to avoid needless expense in prosecuting and
15  defending this action, including by responding to the Complaint, if it is likely to be
16  dismissed;
17      NOW, THEREFORE, it is hereby stipulated and agreed by and between
18  Plaintiff Cortlandt Street Recovery Corp. and Defendants California State Teachers
19  Retirement System, California Public Employees' Retirement System, Los Angeles
20  City Employees' Retirement System, and University of California, Berkeley
21  Foundation that all Defendants shall have up to and including April 11, 2012 to file
22  an answer or otherwise respond to the Complaint.
23
24
25

2

Stipulation To Extend Time To Respond To Initial Complaint; Case No. 2:11-cv-10573-RGK (SHx)

| | | |
|---|---|---|
| 1 | March 13, 2012 | CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM |
| 2 | | |
| 3 | | |
| 4 | | By: *Thomas J. Noguerola* (signature)<br>Thomas J. Noguerola |
| 5 | | |
| 6 | | Attorney for Defendant<br>California Public Employees' Retirement System |
| 7 | | |
| 8 | | |
| 9 | March ___, 2012 | CALIFORNIA STATE TEACHERS RETIREMENT SYSTEM |
| 10 | | |
| 11 | | By: _____ |
| 12 | | Lamont T. King, Jr. |
| 13 | | Attorney for Defendant |
| 14 | | California State Teachers Retirement System |
| 15 | | |
| 16 | | |
| 17 | March ___, 2012 | OFFICE OF THE LOS ANGELES CITY ATTORNEY<br>CARMEN A. TRUTANICH, City Attorney |
| 18 | | By: _____ |
| 19 | | James H. Napier<br>Deputy City Attorney |
| 20 | | |
| 21 | | Attorneys for Defendant<br>Los Angeles City Employees' Retirement System |

March ___, 2012         CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT
                        SYSTEM

                        By: _____
                            Thomas J. Noguerola

                        Attorney for Defendant
                        California Public Employees' Retirement System


March 13, 2012          CALIFORNIA STATE TEACHERS' RETIREMENT
                        SYSTEM

                        By: _____
                            Lamont T. King, Jr.

                        Attorney for Defendant
                        California State Teachers' Retirement System


March ___, 2012         OFFICE OF THE LOS ANGELES CITY ATTORNEY
                        CARMEN A. TRUTANICH, City Attorney

                        By: _____
                            James H. Napier
                            Deputy City Attorney

                        Attorneys for Defendant
                        Los Angeles City Employees' Retirement System

| | | |
|---|---|---|
| 1 | March ___, 2012 | CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT |
| 2 | | SYSTEM |
| 3 | | |
| 4 | | By: _____<br>Thomas J. Noguerola |
| 5 | | |
| 6 | | Attorney for Defendant<br>California Public Employees' Retirement System |
| 7 | | |
| 8 | | |
| 9 | March ___, 2012 | CALIFORNIA STATE TEACHERS RETIREMENT |
| 10 | | SYSTEM |
| 11 | | |
| 12 | | By: _____<br>Lamont T. King, Jr. |
| 13 | | |
| 14 | | Attorney for Defendant<br>California State Teachers Retirement System |
| 15 | | |
| 16 | | |
| 17 | March _13_, 2012 | OFFICE OF THE LOS ANGELES CITY ATTORNEY<br>CARMEN A. TRUTANICH, City Attorney |
| 18 | | By: _____/s/_____ |
| 19 | | James H. Napier<br>Deputy City Attorney |
| 20 | | |
| 21 | | Attorneys for Defendant<br>Los Angeles City Employees' Retirement System |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

3

Stipulation To Extend Time To Respond To Initial Complaint; Case No. 2:11-cv-10573-RGK (SHx)

1  March 13, 2012                FARELLA BRAUN & MARTEL LLP

2                                By: _____
                                      Anthony P. Schoenberg
3

4                                Attorneys for Defendant
                                 University of California, Berkeley Foundation
5

6

7  March 14, 2012                LENDRUM LAW FIRM

8                                By: _____
                                      Jeffrey P. Lendrum
9

10                               Attorneys for Plaintiff
                                 Cortlandt Street Recovery Corp.
11

4

Stipulation To Extend Time To Respond To Initial Complaint; Case No. 2:11-cv-10573-RGK (SHx)

Case 2:11-cv-10573-RGK-SH   Document 19   Filed 03/15/12   Page 1 of 2   Page ID #:87

# DENIED
## BY ORDER OF THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(Western Division - Los Angeles)

| | |
|---|---|
| Cortlandt Street Recovery Corp., <br><br> Plaintiff, <br><br> v. <br><br> California State Teachers' Retirement System, California Public Employees' Retirement System, Los Angeles City Employees' Retirement System, University of California, Berkeley Foundation, <br><br> Defendants. | CASE NO. 2:11-cv-10573-RGK (SHx) <br><br> [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO INITIAL COMPLAINT <br><br> Complaint served: January 31, 2012 <br> Current response date: March 16, 2012 <br><br> New response date: April 11, 2012 |

The Court, having reviewed the stipulation by the parties, and good cause appearing therefore it is hereby ORDERED that:

1

2432549v1
3/15/2012

[Proposed] Order To Extend Time To Respond To Initial Complaint; Case No. 2:11-cv-10573-RGK (SHx)

1. ~~Defendants California State Teachers Retirement System, California Public Employees' Retirement System, Los Angeles City Employees' Retirement System, and University of California, Berkeley Foundation shall have up to and including April 11, 2012 to file an answer or otherwise respond to the Complaint.~~

THE STIPULATION IS DENIED.

Dated: March 15, 2012

_____
Honorable R. Gary Klausner
United States District Judge