| | |
|---|---|
| 1 | Charles N. Freiberg (SBN 70890) |
| 2 | Kasowitz, Benson, Torres & Friedman LLP |
|   | 101 California Street, Suite 2300 |
| 3 | San Francisco, California |
|   | Telephone: (415421-6140 |
| 4 | Facsimile: (415) 398-5030 |
|   | Email: cfreiberg@kasowitz.com |
| 5 | |
| 6 | Attorney for Defendant |
|   | Los Angeles City Employees' Retirement System |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**(Western Division - Los Angeles)**

| | |
|---|---|
| Cortlandt Street Recovery Corp., | CASE NO.  2:11-cv-10573-RGK (SHx) |
| Plaintiff, | **PROOF OF SERVICE** |
| v. | |
| Los Angeles City Employees' Retirement System, California State Teachers' Retirement System, California Public Employees' Retirement System, University of California, Berkeley Foundation, | |
| Defendants. | |

1

## PROOF OF SERVICE

I, **Aaron J. Nathan**, declare that I am employed by Kasowitz, Benson, Torres & Friedman LLP, located in the City and County of San Francisco, at the business address of 101 California Street, Suite 2300, San Francisco, California 94111. I am over the age of eighteen years and am not a party to this matter.

On March 16, 2012, I served the following document(s):

- **MARCH 16, 2012 LETTER TO HON. R. GARY KLAUSNER**
- **CHARLES N. FREIBERG'S NOTICE OF APPEARANCE**
- **PROOF OF SERVICE**

on the following:

| | |
|---|---|
| OFFICE OF THE LOS ANGELES CITY ATTORNEY<br>James H. Napier<br>james.napier@lacity.org<br>360 East Second Street, Room 400<br>Los Angeles, California 90012<br>Telephone: (213) 978-4400<br>*Counsel for LACERS* | Lamont T. King, Jr.<br>lking@calstrs.com<br>P.O. Box 15275<br>Sacramento, CA 95851-0275<br>Telephone: (916) 414-1730<br>*Counsel for CalSTRS* |
| Thomas J. Noguerola<br>thomas_noguerola@calpers.ca.gov<br>P.O. Box 942707<br>Sacramento, CA 94229-2707<br>Telephone: (916) 795-3675<br>*Counsel for CalPERS* | Christina Hollander<br>CHollander@fbm.com<br>FARELLA BRAUN & MARTEL, LLP<br>Russ Building<br>235 Montgomery Street<br>San Francisco, CA 94104<br>Telephone: (415) 954-4400<br>*Counsel for University of California, Berkeley Foundation* |

☒ **By Mail**. I placed the above-documents in sealed envelope(s), with postage thereon fully prepaid, for collection and mailing at San Francisco, California, following ordinary business practices. I am readily familiar with the practices of

1  Kasowitz, Benson, Torres and Friedman for processing of correspondence, said
2  practice being that in the ordinary course of business, correspondence is deposited in
3  the United States Postal Service the same day as it is placed for processing.
4      I declare under penalty of perjury that the foregoing is true and correct.
5  Executed this 16th day of March, 2012 in San Francisco, California.

                            s/Aaron J. Nathan
                            Aaron J. Nathan