**PROOF OF SERVICE**

I, **Tobias Snyder**, declare that I am employed by Kasowitz, Benson, Torres & Friedman LLP, located in the City and County of San Francisco, at the business address of 101 California Street, Suite 2300, San Francisco, California 94111.  I am over the age of eighteen years and am not a party to this matter.

On March 16, 2012, I served the following document(s):

ANSWER OF DEFENDANT LOS ANGELES CITY EMPLOYEES' RETIREMENT SYSTEM

on the following:

Jeffrey P. Lendrum
jpl@lendrumlaw.com
LENDRUM LAW FIRM
A Professional Corporation
750 B Street, Suite 3300
San Diego, CA 92101
Telephone: (619) 239-4302
Facsimile: (619) 239-4307
*Counsel for Plaintiff*

via electronic filing via the CM/ECF system,

and on the following:

Christina Hollander
CHollander@fbm.com
FARELLA BRAUN & MARTEL, LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400
*Counsel for University of California, Berkeley Foundation*

1  Warren Astleford
   Warren_Astleford@calPERS.ca.gov
2  P.O. Box 942707
   Sacramento, CA 94229-2707
3  Telephone: (916) 795-3675
   *Counsel for CalPERS*
4

5  Lamont T. King, Jr.
   lking@calstrs.com
6  P.O. Box 15275
   Sacramento, CA 95851-0275
7  Telephone: (916) 414-1730
   *Counsel for CalSTRS*
8

9  via electronic mail upon consent.

10     I declare under penalty of perjury that the foregoing is true and correct.

11 Executed this 16th day of March, 2012 in San Francisco, California.

12         [signature]
13         _____
            Tobias Snyder
14

15

16

17

18

19

20

21

22

23

24