# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is P.O. Box 15275, Sacramento, California 95851-0275.

On March 16, 2012, I served the following document(s):

ANSWER OF DEFENDANT CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM

on the following:

Jeffrey P. Lendrum
jpl@lendrumlaw.com
LENDRUM LAW FIRM
A Professional Corporation
750 B Street, Suite 3300
San Diego, CA 92101
Telephone: (619) 239-4302
Facsimile: (619) 239-4307
*Counsel for Plaintiff*

Charles N. Freiberg
Email: cfreiberg@kasowitz.com
KASOWITZ, BENSON, TORRES & FRIEDMAN, LLP
101 California Street, Suite 2300
San Francisco, CA 94111
Telephone: (415) 655-4236
Facsimile: (415) 358-5926
*Counsel for Defendant Los Angeles City Employees' Retirement System*

via electronic filing via the CM/ECF system,

1  and on the following:

2  Christina Hollander
   CHollander@fbm.com
3  FARELLA BRAUN & MARTEL, LLP
   Russ Building
4  235 Montgomery Street
   San Francisco, CA 94104
5  Telephone: (415) 954-4400
6  *Counsel for University of California, Berkeley Foundation*

7  Warren Astleford
   Warren_Astleford@calPERS.ca.gov
8  P.O. Box 942707
   Sacramento, CA 94229-2707
9  Telephone: (916) 795-3675
10 *Counsel for CalPERS*

11 via electronic mail upon consent.

12  I declare under penalty of perjury that the foregoing is true and correct.

13 Executed this 16th day of March, 2012 in Sacramento, California.

15  _____
    Lamont T. King, Jr.