AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| Cortlandt Street Recovery Corp., <br> *Plaintiff* <br> v. <br> Los Angeles City Employees' Retirement System, et <br> *Defendant* | ) ) ) ) ) )  Case No.   2:11-cv-10573-RGK (SHx) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

California Public Employees' Retirement System

Date: 03/21/2012

*Attorney's signature*

Warren Astleford (State Bar Number 142912)
*Printed name and bar number*

Legal Office, Lincoln Plaza North
400 Q Street, Room 3340
Sacramento, CA 95811
*Address*

Warren_Astleford@CalPERS.CA.GOV
*E-mail address*

(916) 795-0314
*Telephone number*

(916) 795-3659
*FAX number*