BINGHAM MCCUTCHEN LLP
Bruce A. Friedman (SBN 65852)
bruce.friedman@bingham.com
Patrick Allen (SBN 268130)
pat.allen@bingham.com
The Water Garden
Fourth Floor, North Tower
1620 26th Street
Santa Monica, CA 90404-4060
Telephone: 310.907.1000

Attorneys for Defendant
California State Teachers' Retirement System

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cortlandt Street Recovery Corp., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>Los Angeles City Employees' Retirement System, California State Teachers' Retirement System, California Public Employees' Retirement System, University of California, Berkeley Foundation; <br><br>　　　　Defendants. | No. 2:11-cv-10573-RGK (SHx) <br><br>**SUBSTITUTION OF ATTORNEY FOR DEFENDANT CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM** |

A/74847042.1/0999991-0000981001

SUBSTITUTION OF ATTORNEY FOR DEFENDANT CALIFORNIA STATE TEACHERS'
RETIREMENT SYSTEM

1  **PLEASE TAKE NOTICE** that, subject to court approval, California State Teachers' Retirement System substitutes the law firm of Bingham McCutchen LLP, through Bruce A. Friedman, Esq. (State Bar No. 65852) and Patrick Allen (State Bar No. 268130), as counsel of record in place of Lamont T. King, Jr.

All documents served on California State Teachers' Retirement System should be addressed as follows:

> Bruce Friedman
> Patrick Allen
> Bingham McCutchen LLP
> 1620 26th Street
> North Tower, 4th Floor
> Santa Monica, CA 90404
> Telephone: 310.907.1000
> Facsimile: 310.907.2000

I consent to this substitution on behalf of California State Teachers' Retirement System.

Date: March 26, 2012          By: _____
                                   Lamont T. King, Jr.

I consent to this substitution.

Date: March 26, 2012          BINGHAM MCCUTCHEN LLP

                              By: _____
                                   Bruce Friedman

* * * *

The substitution of attorney is hereby approved and so ORDERED.

Date: _____, 2012      _____
                              Hon. R. Gary Klausner
                              United States District Judge

A/74847042.1/0999991-0000981001          2

SUBSTITUTION OF ATTORNEY FOR DEFENDANT CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM