BINGHAM MCCUTCHEN LLP
Bruce A. Friedman (SBN 65852)
bruce.friedman@bingham.com
Patrick Allen (SBN 268130)
pat.allen@bingham.com
The Water Garden
Fourth Floor, North Tower
1620 26th Street
Santa Monica, CA  90404-4060
Telephone: 310.907.1000

Attorneys for Defendant
California State Teachers' Retirement System

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cortlandt Street Recovery Corp.,<br><br>   Plaintiff,<br><br>   v.<br><br>Los Angeles City Employees' Retirement System, California State Teachers' Retirement System, California Public Employees' Retirement System, University of California, Berkeley Foundation;<br><br>   Defendants. | No. 2:11-cv-10571-RGK (SHx)<br><br>**CERTIFICATE OF SERVICE FOR SUBSTITUTION OF ATTORNEY** |

A/74852960.1

CERTIFICATE OF SERVICE

I am a citizen of the United States, over 18 years of age, not a party to this action and employed in the County of Los Angeles, California at The Water Garden, Fourth Floor, North Tower, 1620 26th Street, Santa Monica, California 90404-4060.

I hereby certify that on March 26, 2012, I served the foregoing document described as:

**SUBSTITUTION OF ATTORNEY FOR DEFENDANT CALIFORNIA STATE TEACHER'S RETIREMENT SYSTEM**

on the interested parties in this action.

☒ BY CM/ECF NOTICE OF ELECTRONIC FILING: I caused said documents to be served by means of this Court's electronic transmission of the Notice of Electronic filing through the Court's transmission facilities to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on March 26, 2012.

*Donna McGee*
Donna McGee