Bruce Friedman (SBN 65852)
Patrick Allen (SBN 268130)
Bingham McCutchen LLP
1620 26th Street, Fourth Floor, North Tower
Santa Monica, CA 90404
(T) 310.907.1000
(F) 310.907.2000
bruce.friedman@bingham.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Cortlandt Street Recovery Corp. | Plaintiff(s) | CASE NUMBER<br>2:11-cv-10573-RGK (SHx) |
| v. | | |
| Los Angeles City Employees' Retirement System, et. al. | Defendant(s). | REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

California State Teachers' Retirement System   ☐ Plaintiff   ☑ Defendant   ☐ Other _____
*Name of Party*

hereby request the Court approve the substitution of  Bruce Friedman of Bingham McCutchen LLP
                                                     *New Attorney*

as attorney of record in place and stead of  Lamont T. King, Jr.
                                             *Present Attorney*

Dated  Mar. 28, 2012

*Signature of Party/Authorized Representative of Party*
California State Teachers' Retirement System

---

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated  Mar. 28, 2012

*Signature of Present Attorney*
Counsel for California State Teachers' Retirement System

---

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated  3/29/12

*Signature of New Attorney*
65852
*State Bar Number*

---

If party requesting to appear Pro Se:

Dated  _____

*Signature of Requesting Party*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (03/06)                    REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY