Bruce Friedman (SBN 65852)
Patrick Allen (SBN 268130)
Bingham McCutchen LLP
1620 26th Street, Fourth Floor, North Tower
Santa Monica, CA 90404
(T) 310.907.1000
(F) 310.907.2000
bruce.friedman@bingham.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cortlandt Street Recovery Corp.<br><br>Plaintiff(s)<br><br>v.<br><br>Los Angeles City Employees' Retirement System, et. al.<br><br>Defendant(s). | CASE NUMBER:<br>2:11-cv-10573-RGK (SHx)<br><br>**ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY** |

The Court hereby orders that the request of:

<u>California State Teachers' Retirement System</u>   G  Plaintiff    G Defendant    G Other _____
                            *Name of Party*

to substitute _____ Bruce Friedman of Bingham McCutchen LLP _____ who is

   G   Retained Counsel      G Counsel appointed by the Court (Criminal cases only) G Pro Se

<u>                  1620 26th Street, Fourth Floor North Tower                  </u>
                                      *Street Address*

<u>Santa Monica, California 90404</u>                          <u>bruce.friedman@bingham.com</u>
            *City, State, Zip*                                              *E-Mail Address*

<u>    310.907.1000    </u>          <u>    310.907.2000    </u>            <u>        65852        </u>
      *Telephone Number*                    *Fax Number*                      *State Bar Number*

as attorney of record in place and stead of <u>   Lamont T. King, Jr.   </u>
                                                          *Present Attorney*

**is hereby      G GRANTED G DENIED**

   Dated _____              _____
                                            U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL:** IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT=S WEBSITE AT WWW.CACD.USCOURTS.GOV.