1  BINGHAM MCCUTCHEN LLP
   Bruce A. Friedman (SBN 65852)
2  bruce.friedman@bingham.com
   Patrick Allen (SBN 268130)
3  pat.allen@bingham.com
   The Water Garden
4  Fourth Floor, North Tower
   1620 26th Street
5  Santa Monica, CA  90404-4060
   Telephone:  310.907.1000
6
   Attorneys for Defendant
7  California State Teachers' Retirement System

8                  UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10

11 | Cortlandt Street Recovery Corp.,        | No. 2:11-cv-10573-RGK (SHx)
12 |                Plaintiff,                |
13 |       v.                                | **PROOF OF SERVICE**
14 |
15 | Los Angeles City Employees' Retirement
   | System, California State Teachers'
16 | Retirement System, California Public
   | Employees' Retirement System,
17 | University of California, Berkeley
   | Foundation;
18 |                Defendants.

19

20

21

22

23

24

25

26

27

28
   A/74852960.1

CERTIFICATE OF SERVICE

I am a citizen of the United States, over 18 years of age, not a party to this action and employed in the County of Los Angeles, California at The Water Garden, Fourth Floor, North Tower, 1620 26th Street, Santa Monica, California 90404-4060.

I hereby certify that on March 29, 2012, I served the foregoing document described as:

**SUBSTITUTION OF ATTORNEY FOR DEFENDANT CALIFORNIA STATE TEACHER'S RETIREMENT SYSTEM**

on the interested parties in this action as follows:

on the following:

Jeffrey P. Lendrum
jpl@lendrumlaw.com
Lendrum Law Firm, A P.C.
750 B Street6, Suite 3300
San Diego, CA 92101
Tel: (619) 239-4302
Fax: (619) 239-4307
*Counsel for Plaintiff*

Charles N. Frieberg
cfreiberg@kasowitz.com
Kasowitz, Benson, Torres & Friedman, LLP
101 N. California St., Suite 2300
San Francisco, CA 94111
Tel: (415) 655-4236
Fax: (415) 358-5926
*Counsel for Defendant Los Angeles City Employees' Retirement System*

Anthony P. Schoenberg
aschoenberg@fbm.com
Farrella Braun & Martel, LLP
235 Montgomery Street
San Francisco, CA 94104
Tel: (415) 954-4400
*Counsel for University of California, Berkeley Foundation*

**via electronic filing via the CM/ECF system**

and on the following:

A/74852960.1

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Lamont T. King, Jr.
lking@calstra.com
P.O. Box 15275
Sacramento, CA 95851-0275
Tel: (916) 415-1730
*Counsel for CalSTRS*

**via electronic mail upon consent.**

On March 29, 2012, I also served the REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY and [PROPOSED] ORDER of Defendant California Teachers Retirement System on the above referenced counsel via the CM/ECF system and electronic mail upon consent, respectively.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made and that this declaration was executed on March 29, 2012.

Donna McGee

A/74852960.1

3