1 Charles N. Freiberg (State Bar No. 70890)
Email: cfreiberg@kasowitz.com
2 KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
101 California Street, Suite 2300
3 San Francisco, CA 94111
Telephone: (415) 655-4326
4

5 *Attorney for Defendant Los Angeles
City Employees' Retirement System*

6

7

**UNITED STATES DISTRICT COURT**

8

**CENTRAL DISTRICT OF CALIFORNIA**

9

**(Western Division - Los Angeles)**

10

11 | Cortlandt Street Recovery Corp., | CASE NO. 2:11-cv-10573-RGK (SHx)
12 |
13 | Plaintiff, | **DEFENDANT LOS ANGELES CITY EMPLOYEES'**
14 | v. | **RETIREMENT SYSTEM'S DEMAND FOR JURY TRIAL**
15 |
16 | Los Angeles City Employees' Retirement System, California State Teachers'
17 | Retirement System, California Public Employees' Retirement System,
18 | University of California, Berkeley Foundation,
19 | Defendants.

20

21      Pursuant to Federal Rule of Civil Procedure 38, Defendant Los Angeles City

22 Employees' Retirement System hereby demands a jury trial as to all claims for relief

23

24 on which it is entitled to a trial by jury under applicable law.

25

26

27

28

Demand For Jury Trial; Case No. 2:11-cv-10573-RGK (SHx)

1  Dated: March 28, 2012

2

3                                KASOWITZ, BENSON, TORRES
                                     & FRIEDMAN LLP
4

5                           By: /s/ Charles Freiberg
6                               Charles Freiberg
7                               101 California Street, Suite 2300
                                San Francisco, CA 94111
8                               Telephone: (415) 655-4326
                                Email: cfreiberg@kasowitz.com
9

10                          *Attorney for Defendant Los Angeles
                            City Employees' Retirement System*
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Demand For Jury Trial; Case No. 2:11-cv-10573-RGK (SHx)