Marte Castaños (State Bar No. 186035)
Email: marte_castanos@CalPERS.ca.gov
Warren Astleford (State Bar No. 142912)
Email: warren_astleford@CalPERS.ca.gov
CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM
Legal Office, Lincoln Plaza North
400 Q Street, Room 3340
Sacramento, CA 95811
Telephone: (916) 795-3672

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### (Western Division - Los Angeles)

| | |
|---|---|
| Cortlandt Street Recovery Corp., <br><br> Plaintiff, <br><br> v. <br><br> Los Angeles City Employees' Retirement System, California State Teachers' Retirement System, California Public Employees' Retirement System, University of California, Berkeley Foundation, <br><br> Defendants. | CASE NO.  2:11-cv-10573-RGK (SHx) <br><br> **DEFENDANT CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM'S DEMAND FOR JURY TRIAL** |

Pursuant to Federal Rule of Civil Procedure 38, Defendant California Public Employees' Retirement System hereby demands a jury trial as to all claims for relief on which it is entitled to a trial by jury under applicable law.

1    Dated: March ___, 2012

2

3                       CALIFORNIA PUBLIC EMPLOYEES'
                          RETIREMENT SYSTEM

4

5                       By: _____

6                          Marte Castaños

7                          Warren Astleford

8                          Legal Office, Lincoln Plaza North
                          400 Q Street, Room 3340

9                          Sacramento, CA 95811

10                        Telephone: (916) 795-3672
                        Email: marte_castanos

11                            @CalPERS.ca.gov

12                        Email:warren_astleford

13                            @CalPERS.ca.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28