1

Anthony P. Schoenberg (State Bar No. 203714)
Email: aschoenberg@fbm.com

2

FARELLA BRAUN & MARTEL LLP
235 Montgomery Street, 17th Floor

3

San Francisco, CA 94104
Telephone: (415) 954-4400

4

Facsimile: (415) 954-4480

5

6

*Attorney for Defendant University of
California, Berkeley Foundation*

7

8

## UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10

## (Western Division - Los Angeles)

11

12

Cortlandt Street Recovery Corp.,

CASE NO.  2:11-cv-10573-RGK (SHx)

13

Plaintiff,

**DEFENDANT UNIVERSITY OF**

14

**CALIFORNIA, BERKELEY**

v.

**FOUNDATION'S JURY DEMAND**

15

16

Los Angeles City Employees' Retirement

17

System, California State Teachers'
Retirement System, California Public

18

Employees' Retirement System,
University of California, Berkeley

19

Foundation,

20

Defendants.

21

22

Pursuant to Federal Rule of Civil Procedure 38, Defendant University of

23

California, Berkeley Foundation hereby demands a jury trial as to all claims for

24

25

relief on which it is entitled to a trial by jury under applicable law.

26

27

28

Demand For Jury Trial; Case No. 2:11-cv-10573-RGK (SHx)

Dated: March 28, 2012

FARELLA BRAUN & MARTEL LLP

By: _____

Anthony P. Schoenberg
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4480
Facsimile: (415) 954-4480
Email: aschoenberg@fbm.com

*Attorney for University of California,
Berkeley Foundation*

Demand For Jury Trial; Case No. 2:11-cv-10573-RGK (SHx)