| | |
|---|---|
| 1 | Bruce A. Friedman (State Bar No. 65852) |
| | Email: bruce.friedman@bingham.com |
| 2 | Patrick Allen (State Bar No. 268130) |
| | Email: pat.allen@bingham.com |
| 3 | BINGHAM MCCUTCHEN LLP |
| | The Water Garden |
| 4 | Fourth Floor, North Tower |
| | 1620 26th Street |
| 5 | Santa Monica, CA 90404-4060 |
| | Telephone: (310) 907-1000 |
| 6 | |
| 7 | *Attorneys for Defendant California* |
| | *State Teachers' Retirement System* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(Western Division - Los Angeles)

| | |
|---|---|
| Cortlandt Street Recovery Corp., | CASE NO. 2:11-cv-10573-RGK (SHx) |
| Plaintiff, | **DEFENDANT CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM'S DEMAND FOR JURY TRIAL** |
| v. | |
| Los Angeles City Employees' Retirement System, California State Teachers' Retirement System, California Public Employees' Retirement System, University of California, Berkeley Foundation, | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 38, Defendant California State Teachers' Retirement System hereby demands a jury trial as to all claims for relief on which it is entitled to a trial by jury under applicable law.

Demand For Jury Trial; Case No. 2:11-cv-10573-RGK (SHx)

Dated: March 30, 2012

BINGHAM MCCUTCHEN LLP

By: /s/ Bruce A. Friedman
Bruce A. Friedman
Patrick Allen
The Water Garden
Fourth Floor, North Tower
1620 26th Street
Santa Monica, CA 90404-4060
Telephone: (310) 907-1000
Email: bruce.friedman@bingham.com
Email: pat.allen@bingham.com

*Attorneys for California State Teachers' Retirement System*

---

Demand For Jury Trial; Case No. 2:11-cv-10573-RGK (SHx)