```
1  BINGHAM MCCUTCHEN LLP
   Bruce A. Friedman (SBN 65852)
2  bruce.friedman@bingham.com
   Patrick Allen (SBN 268130)
3  pat.allen@bingham.com
   The Water Garden
4  Fourth Floor, North Tower
   1620 26th Street
5  Santa Monica, CA 90404-4060
   Telephone: 310.907.1000
6
   Attorneys for Defendant
7  California State Teachers' Retirement System
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Cortlandt Street Recovery Corp., | No. 2:11-cv-10573-RGK (SHx) |
| Plaintiff, | |
| v. | **PROOF OF SERVICE** |
| Los Angeles City Employees' Retirement System, California State Teachers' Retirement System, California Public Employees' Retirement System, University of California, Berkeley Foundation; | |
| Defendants. | |

A/74852960.1

CERTIFICATE OF SERVICE

I am a citizen of the United States, over 18 years of age, not a party to this action and employed in the County of Los Angeles, California at The Water Garden, Fourth Floor, North Tower, 1620 26th Street, Santa Monica, California 90404-4060.

I hereby certify that on March 30, 2012, I served the foregoing document described as:

**DEENDANT CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM'S DEMAND FOR JURY TRIAL**

on the interested parties in this action as follows:

on the following:

Jeffrey P. Lendrum
jpl@lendrumlaw.com
Lendrum Law Firm, A P.C.
750 B Street6, Suite 3300
San Diego, CA 92101
Tel: (619) 239-4302
Fax: (619) 239-4307
*Counsel for Plaintiff*

Charles N. Frieberg
cfreiberg@kasowitz.com
Kasowitz, Benson, Torres & Friedman, LLP
101 N. California St., Suite 2300
San Francisco, CA 94111
Tel: (415) 655-4236
Fax: (415) 358-5926
*Counsel for Defendant Los Angeles City Employees' Retirement System*

Anthony P. Schoenberg
aschoenberg@fbm.com
Farrella Braun & Martel, LLP
235 Montgomery Street
San Francisco, CA 94104
Tel: (415) 954-4400
*Counsel for University of California, Berkeley Foundation*

**via electronic filing via the CM/ECF system**

and on the following:

1  Lamont T. King, Jr.
2  lking@calstra.com
   P.O. Box 15275
3  Sacramento, CA 95851-0275
   Tel: (916) 415-1730
4  *Counsel for CalSTRS*

5  **via electronic mail upon consent.**

6        On March 30, 2012, I also served the REQUEST FOR APPROVAL
7  OF SUBSTITUTION OF ATTORNEY and [PROPOSED] ORDER of Defendant
8  California Teachers Retirement System on the above referenced counsel via the
9  CM/ECF system and electronic mail upon consent, respectively.
10       I declare that I am employed in the office of a member of the bar of
11 this court at whose direction the service was made and that this declaration was
12 executed on March 30, 2012.

13
14                                      */s/ Donna McGee*
15                                        Donna McGee

16
17
18
19
20
21
22
23
24
25
26
27
28