1  Joseph J. Tabacco, Jr. (SBN 75484)
   jtabacco@bermandevalerio.com
2  Christopher T. Heffelfinger (SBN 118058)
   cheffelfinger@bermandevalerio.com
3  Marie G. Quashnock (SBN 153567)
   mquashnock@bermandevalerio.com
4  **BERMAN DeVALERIO**
   One California Street, Suite 900
5  San Francisco, CA  94111
   Telephone:  (415) 433-3200
6  Facsimile:  (415) 433-6382

7  *Attorneys for Defendant California Public Employees' Retirement System*

8

9

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| CORTLANDT STREET RECOVERY CORP., | Case No. CV11-10573-RGK (SHx) |
|---|---|
| Plaintiff, | **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEYS** |
| vs. | |
| LOS ANGELES CITY EMPLOYEES REITREMENT SYSTEM, et al., | |
| Defendants. | Courtroom:  850<br>Judge:  Hon. R. Gary Klausner |

|     |     |
| --- | --- |
| 1 | The Court hereby orders that the request of Defendant California Public |
| 2 | Employees' Retirement System ("CalPERS") to substitute retained counsel |
| 3 | |
| 4 | Joseph J. Tabacco, Jr. (SBN 75484)<br>jtabacco@bermandevalerio.com |
| 5 | Christopher T. Heffelfinger (SBN 118058)<br>cheffelfinger@bermandevalerio.com |
| 6 | Marie G. Quashnock (SBN 153567)<br>mquashnock@bermandevalerio.com |
| 7 | **BERMAN DeVALERIO**<br>One California Street, Suite 900 |
| 8 | San Francisco, CA 94111<br>Telephone: (415) 433-3200 |
| 9 | Facsimile: (415) 433-6382 |
| 10 | as attorneys of record in place and stead of Warren L. Astleford and Marte |
| 11 | Emiliano Castanos is hereby GRANTED. |
| 12 | |
| 13 | Dated: _____     _____ |
| 14 | Judge R. Gary Klausner |