Joseph J. Tabacco, Jr. (SBN 75484)
jtabacco@bermandevalerio.com
Christopher T. Heffelfinger (SBN 118058)
cheffelfinger@bermandevalerio.com
Marie G. Quashnock (SBN 153567)
mquashnock@bermandevalerio.com
**BERMAN DeVALERIO**
One California Street, Suite 900
San Francisco, CA  94111
Telephone:  (415) 433-3200
Facsimile:  (415) 433-6382

*Attorneys for Defendant California Public Employees' Retirement System*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORTLANDT STREET RECOVERY CORP., <br><br> Plaintiff, <br><br> vs. <br><br> LOS ANGELES CITY EMPLOYEES REITREMENT SYSTEM, et al., <br><br> Defendants. | Case No. CV11-10573-RGK (SHx) <br><br> **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEYS** <br><br> Courtroom:  850 <br> Judge:   Hon. R. Gary Klausner |

1 | The Court hereby orders that the request of Defendant California Public
2 | Employees' Retirement System ("CalPERS") to substitute retained counsel
3 |
4 | Joseph J. Tabacco, Jr. (SBN 75484)
  | jtabacco@bermandevalerio.com
5 | Christopher T. Heffelfinger (SBN 118058)
  | cheffelfinger@bermandevalerio.com
6 | Marie G. Quashnock (SBN 153567)
  | mquashnock@bermandevalerio.com
7 | **BERMAN DeVALERIO**
  | One California Street, Suite 900
8 | San Francisco, CA  94111
  | Telephone:  (415) 433-3200
9 | Facsimile:  (415) 433-6382
10 | as attorneys of record in place and stead of Warren L. Astleford and Marte
11 | Emiliano Castanos is hereby GRANTED.
12 |
13 | Dated: April 24, 2012                             /s/ Gary Klausner
                                                       Judge R. Gary Klausner