Jeffrey P. Lendrum (137751)
**LENDRUM LAW FIRM**
A Professional Corporation
750 B Street, Suite 3300
San Diego, CA  92101
Telephone: (619) 239-4302
Facsimile:  (619) 239-4307
Email:  jpl@lendrumlaw.com

Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORTLANDT STREET RECOVERY CORP. <br><br> Plaintiff, <br><br> vs. <br><br> LOS ANGELES CITY EMPLOYEES' RETIREMENT SYSTEM, CALIFORNIA STATE TEACHERS' RETIREMENT SYSTEM, CALIFORNIA PUBLIC EMPLOYEES' RETIREMENT SYSTEM, UNIVERSITY OF CALIFORNIA, BERKELEY FOUNDATION, <br><br> Defendants. | Case No.  CV11-10573 RGK (SHx) <br><br> **STIPULATION RE VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE** <br><br> [Fed.R.Civ.P. 41(a)(1)(A)(ii)] <br><br> Courtroom:   850 <br> Judge:        Hon. R. Gary Klausner |

STIPULATION RE VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE
[Fed.R.Civ.P. 41(a)(1)(A)(ii)]

1   Whereas Defendants Los Angeles City Employees Retirement System,
2   California State Teachers' Retirement System, California Public Employees'
3   Retirement System and University of California, Berkeley Foundation
4   (collectively "Defendants") have each answered the Complaint in this action;
5   Whereas, pursuant to the Order Setting Scheduling Conference (Docket 54-
6   1), the Court has scheduled a Fed.R.Civ.P. 16(b) conference for June 4, 2012
7   ("Rule 16(b) Conference");
8   Whereas, the parties wish to avoid the time and expense associated with the
9   Rule 16(b) Conference;
10   Whereas each Defendant has entered separate Tolling Agreements with
11   Plaintiff; AND
12   Whereas pursuant to the terms of the Tolling Agreements, and in
13   consideration for the obligations contained therein, Plaintiff has agreed to
14   voluntarily dismiss this action without prejudice as to each of the Defendants.
15   The Parties HEREBY STIPULATE:
16   Pursuant to Fed.R.Civ.Pro. 41(a)(1)(A)(ii), the above-captioned action is
17   hereby voluntarily dismissed in its entirety as to each Defendant, without
18   prejudice, with each party to bear its own costs, fees and expenses.
19
20   Dated: May 23 , 2012        **LENDRUM LAW FIRM**
21                               A Professional Corporation
22
23
24                               By:
25                                  Jeffrey P. Lendrum
26                                  Attorney for Plaintiff
27
28

1
STIPULATION RE VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE
[Fed.R.Civ.P. 41(a)(1)(A)(ii)]

1    Dated: May 21, 2012                    **BINGHAM MCCUTCHEN LLP**

2

3
                                           By: _____
4                                              Bruce A. Friedman
5                                              Attorney for Defendant California State
                                               Teachers Retirement System
6

7
     Dated: May ___, 2012                   **BERMAN DeVALERIO LLP**
8

9

10                                          By: _____
11                                             Joseph J. Tobacco, Jr.
                                               Christopher T. Heffelfinger
12                                             Marie G. Quashnock
13                                             Attorney for Defendant California Public
                                               Employees' Retirement System
14

15   Dated: May ___, 2012                   **FARELLA BRAUN + MARTEL LLP**

16

17

18                                          By: _____
19                                             Anthony P. Schoenberg
                                               Attorney for Defendant University of
20                                             California, Berkeley Foundation

21
     Dated: May ___, 2012                   **KASOWITZ, BENSON, TORRES &**
22                                          **FRIEDMAN, LLP**

23

24

25                                          By: _____
26                                             Charles N. Freiberg
                                               David J. Abrams
27                                             Attorney for Defendant Los Angeles City
                                               Employees' Retirement System
28

                                          2
     STIPULATION RE VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE
                          [Fed.R.Civ.P. 41(a)(1)(A)(ii)]

Dated: May ___, 2012                    **BINGHAM MCCUTCHEN LLP**


By: _____
    Bruce A. Friedman
    Attorney for Defendant California State
    Teachers Retirement System


Dated: May ___, 2012                    **BERMAN DeVALERIO LLP**


By: _____
    Joseph J. Tobacco, Jr.
    Christopher T. Heffelfinger
    Marie G. Quashnock
    Attorney for Defendant California Public
    Employees' Retirement System

Dated: May ___, 2012                    **FARELLA BRAUN + MARTEL LLP**


By: _____
    Anthony P. Schoenberg
    Attorney for Defendant University of
    California, Berkeley Foundation

Dated: May 21, 2012                     **KASOWITZ, BENSON, TORRES &**
                                        **FRIEDMAN, LLP**


By: *Charles Freiberg*
    Charles N. Freiberg
    David J. Abrams
    Attorney for Defendant Los Angeles City
    Employees' Retirement System

2
STIPULATION RE VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE
[Fed.R.Civ.P. 41(a)(1)(A)(ii)]

Dated: May ___, 2012           **BINGHAM MCCUTCHEN LLP**

By: _____
    Bruce A. Friedman
    Attorney for Defendant California State
    Teachers Retirement System

Dated: May ___, 2012           **BERMAN DeVALERIO LLP**

By: _____
    Joseph J. Tobacco, Jr.
    Christopher T. Heffelfinger
    Marie G. Quashnock
    Attorney for Defendant California Public
    Employees' Retirement System

Dated: May 21, 2012           **FARELLA BRAUN + MARTEL LLP**

By: _____
    Anthony P. Schoenberg
    Attorney for Defendant University of
    California, Berkeley Foundation

Dated: May ___, 2012           **KASOWITZ, BENSON, TORRES &**
                                             **FRIEDMAN, LLP**

By: _____
    Charles N. Freiberg
    David J. Abrams
    Attorney for Defendant Los Angeles City
    Employees' Retirement System

2

STIPULATION RE VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE
[Fed.R.Civ.P. 41(a)(1)(A)(ii)]

| | |
|---|---|
| 1 | Dated: May __, 2012 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | Dated: May 20, 2012 |

1 Dated: May __, 2012            **BINGHAM MCCUTCHEN LLP**

2

3

4            By: _____

5                Bruce A. Friedman
                Attorney for Defendant California State
6                Teachers Retirement System

7

8 Dated: May 20, 2012            **BERMAN DeVALERIO LLP**

9

10            By: _____    Heffelfinger

11                Joseph J. Tobacco, Jr.
                Christopher T. Heffelfinger
12                Marie G. Quashnock
                Attorney for Defendant California Public
13                Employees' Retirement System

14

15 Dated: May __, 2012            **FARELLA BRAUN + MARTEL LLP**

16

17

18            By: _____

19                Anthony P. Schoenberg
                Attorney for Defendant University of
20                California, Berkeley Foundation

21

22 Dated: May __, 2012            **KASOWITZ, BENSON, TORRES &**
                                 **FRIEDMAN, LLP**

23

24

25            By: _____

26                Charles N. Freiberg
                David J. Abrams
27                Attorney for Defendant Los Angeles City
                Employees' Retirement System

28

2
STIPULATION RE VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE
[Fed.R.Civ.P. 41(a)(1)(A)(ii)]